AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TASHAUNDA JACKSON

V.

UNIFUND CCR PARTNERS

CASE NUMBER: 08CV4605

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

JFB

TO: (Name and address of Defendant)

UNIFUND CCR PARTNERS
10625 Techwoods Circle
Cincinnati, Ohio 45242

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Curtis C. Warner, Warner Law Firm, LLC, 155 N. Michigan Ave. Ste. 737, Chicago, Illinois 60601.

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Marsh* (signature)

(By) DEPUTY CLERK

August 14, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 08/18/08 @ 3:45 PM |
| NAME OF SERVER (PRINT) BETTY A. MARSHALL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED HALFUND CCR PARTNERS @ 10625 TECHWOOD CIRCLE CINCINNATI, OH 45242 SERVED: RONI HAWKINS, FRONT DESK COORDINATOR CASE # 08 CV 4605

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/18/08          *Betty A. Marshall*
              Date              Signature of Server

1537 DURANGO DR
LOVELAND, OH 45140
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.